Joel S. Silberman, Esq., LLC
Joel S. Silberman, Esq.
26 Journal Square, Suite 300
Jersey City, NJ 07306
Tel: (201) 420-1913
Fax: (201) 420-1914
Email: joel@joelsilbermnanlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, | 2:23-CR-353 (EP) |
| Plaintiff, | Order Releasing Defendant |
| v. | Kyshon Williams to attend |
| KYSHON WILLIAMS, | Inpatient Treatment at Maryville Integrated Care |
| Defendants. | |

This matter having been brought before the Court by Joel Silberman, Esq. on behalf of Defendant Kyshon Williams with respect to the Court's July 14, 2025, Order Setting Conditions of Release which conditioned Defendant Kyshon Williams' release on him entering and completing an inpatient drug program; and Pretrial Services having secured Defendant Kyshon Williams a bed at Maryville Integrated Care on July 25, 2025; and for good cause shown

It is hereby on this  23rd  day of  July , 2025,

**Ordered** that Defendant Kyshon Williams shall be released from custody on July 25, 2025, at 9:00 a.m. into the custody and control of his custodian and/or family; and it is

**Further Ordered** that upon Defendant Kyshon Williams' release into the custody and control of his custodian and/or family they are to **immediately, without any delay or stops,** transport Defendant Kyshon Williams to Maryville Integrated Care 1903 Grant Avenue, Williamstown, NJ 08094; and it is

**Further Ordered** that all other conditions of release as set forth in the Court's July 14, 2025, Order Setting Conditions of Release remain in full force and effect.

_____
Hon. Justin T. Quinn, U.S.M.J.