Joel S. Silberman, Esq., LLC
Joel S. Silberman, Esq.
Atty Id No. 041572006
26 Journal Square, Suite 300
Jersey City, NJ 07306
Tel: (201) 420-1913
Fax: (201) 420-1914
Email: joel@joelsilbermnanlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br>v.<br><br>KYSHON WILLIAMS,<br><br>        Defendant. | Dkt. No. 2:23-cr-353(EP)<br><br>Consent Order Permitting Kyshon Williams to go to the DMV for the Purpose of Getting an Identification |

This matter having been brought before the Court by Joel Silberman, Esq. on behalf of Defendant Kyshon Williams and with the **consent** of Pretrial Services and AUSA Matthew Belgiovine on behalf of the Government; and the Court having had the opportunity to consider the parties' positions; and for good cause shown

It is hereby on this  7th  day of  October , 2025,

**Ordered** that Kyshon Williams is permitted to attend his appointment at the New Jersey Division of Motor Vehicle located at 109 Route 36, Eatontown, New Jersey 07724 on October 10, 2025, at 3:00 p.m. for the purposes of obtaining a Government issued identification; and it is

**Further Ordered** that Kyshon Williams shall be permitted 90 minutes, or until 4:30 p.m., to complete his appointment; and it is

**Further Ordered** that Kyshon Williams is permitted 45 minutes travel time to and from his home.

_____
Hon. Justin T. Quinn, U.S.M.J.

I hereby consent to the form and entry of this Order:


*s/ Joel Silberman*                                     *s/ Matthew Belgiovine*
Joel Silberman, Esq.                                    AUSA, Mattew Belgiovine