Joel S. Silberman, Esq., LLC
Joel S. Silberman, Esq.
Atty Id No. 041572006
26 Journal Square, Suite 300
Jersey City, NJ 07306
Tel: (201) 420-1913
Fax: (201) 420-1914
Email: joel@joelsilbermnanlaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br>v.<br><br>KYSHON WILLIAMS,<br><br>    Defendant. | Dkt. No. 2:23-cr-353(EP)<br><br>Consent Order Permitting Kyshon Williams to attend Medical Procedure with his son |

  This matter having been brought before the Court by Joel Silberman, Esq. on behalf of Defendant Kyshon Williams and with the **consent** of Pretrial Services and AUSA Matthew Belgiovine on behalf of the Government; and the Court having had the opportunity to consider the parties' positions; and for good cause shown

  It is hereby on this  24th  day of  October , 2025,

  **Ordered** that Kyshon Williams is permitted to attend his son's medical procedure scheduled for October 27, 2025, at 8:00 a.m. at Hackensack Meridian Health Jersey Shore University Medical Center, 1945 NJ-33, Neptune, NJ 07753; and it is

  **Further Ordered** that immediately after his son has been discharged Kyshon Williams shall immediately return home with his son without any stop or delay; and it is

  **Further Ordered** that Kyshon Williams is permitted 45 minutes travel time to and from his home and Hackensack Meridian Health Jersey Shore University Medical Center.

_____
Hon. Justin T. Quinn, U.S.M.J.

I hereby consent to the form and entry of this Order:


*s/ Joel Silberman*                              *s/ Matthew Belgiovine*
Joel Silberman, Esq.                           AUSA, Mattew Belgiovine