Joel S. Silberman, Esq., LLC
Joel S. Silberman, Esq.
Atty Id No. 041572006
26 Journal Square, Suite 300
Jersey City, NJ 07306
Tel: (201) 420-1913
Fax: (201) 420-1914
Email: joel@joelsilbermnanlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br>v.<br><br>KYSHON WILLIAMS,<br><br>        Defendants. | Dkt. No. 2:23-cr-00353 (EP)<br><br>Consent Order Allowing Defendant<br>to Attend Funeral Service on<br>April 4, 2026 |

This matter having been brought before the Court by Joel Silberman, Esq. on behalf of Defendant Kyshon Williams and with the **consent** of Pretrial Services and the Government; and the Court having had the opportunity to consider the parties' positions; and for good cause shown

It is hereby on this __2nd__ day of __April__, 2026,

**Ordered** that Defendant Kyshon Williams is permitted to attend the viewing and funeral service for Johnny Johnson at the Ely Funeral Home, 3316 NJ-33, Neptune City, New Jersey 07753 on April 4, 2026, between the hours of 11:00 a.m. and 3:00 p.m.; and it is

**Further Ordered** that Defendant Kyshon Williams to return home immediately after the conclusion of the funeral service should it finish prior to 3:00 p.m.; and it is

**Further Ordered** that Defendant Kyshon Williams is permitted 30 minutes travel time both to and from the funeral service; and it is

**Further Ordered** that all other terms and conditions of Defendant Kyshon Williams' Order Setting Conditions of Release remain in full force and effect.

_____
Hon. Justin T. Quinn, U.S.M.J.

I hereby consent to the form and entry of this Order:


s/ Joel Silberman

Joel Silberman, Esq.

s/ Matthew Belgiovine

AUSA, Matthew Beligiovine