Joel S. Silberman, Esq., LLC
Joel S. Silberman, Esq.
Atty Id No. 041572006
26 Journal Square, Suite 300
Jersey City, NJ 07306
Tel: (201) 420-1913
Fax: (201) 420-1914
Email: joel@joelsilbermnanlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, | Dkt. No. 2:23-cr-00353 (EP) |
| Plaintiff, | Consent Order Allowing Defendant |
| v. | to Attend his Daughter's Middle |
| | School Graduation on |
| KYSHON WILLIAMS, | June 23, 2026, at |
| | Asbury Park High School |
| Defendants. | |

This matter having been brought before the Court by Joel Silberman, Esq. on behalf of Defendant Kyshon Williams and with the **consent** of Pretrial Services and the Government; and the Court having had the opportunity to consider the parties' positions; and for good cause shown

It is hereby on this ____22nd____ day of __June_____, 2026,

**Ordered** that Defendant Kyshon Williams is permitted to attend his daughter's Middle School Graduation from MLK Middle School on June 23, 2026, from 8:30 a.m. to 12:30 p.m. at Asbury Park High School located at 1003 Sunset Avenue, Asbury Park, New Jersey 07712; and it is

**Further Ordered** that Defendant Kyshon Williams is permitted 30 minutes travel time both to and from the high school graduation; and it is

**Further Ordered** that all other terms and conditions of Defendant Kyshon Williams' Order Setting Conditions of Release remain in full force and effect.

_____
Hon. Justin T. Quinn, U.S.M.J.

I hereby consent to the form and entry of this Order:


*s/ Joel Silberman*
Joel Silberman, Esq.

*s/ Matthew Belgiovine*
AUSA, Matthew Beligiovine